ORA,

Douglas L Prestidge                                      04/13/2015
2490 E 24 th St
Douglas, AZ 85607   (520) 221 - 5149

# UNITED STATES COURT OF APPEALS
# FEDERAL CIRCUIT

RECEIVED
APR 20 2015
United States Court of Appeals
For The Federal Circuit

CASE No.: 15-5030

DOUGLAS L PRESTIDGE         )
   PLANTIFF,       )
        )
Vs                          )   MEMORANDUM FOR  ORAL ARGUMENT
        )
UNITED STATES               )
   DEFENDANT.      )

---

### REASONS WHY SHOULD HAVE ORAL ARGUMENT

---

Oral argument is necessary in this case because there are many factors that are very hard to write down and would be better presented in open court verbally AND physically. Normally 99% of time oral argument is granted to party requesting. It would be wrong not to grant the argument because Plaintiff needs to express and show reasons why this case is different from other cases appealed for on similar subjects. This veteran requests that he be allowed to come to court at his own expense and state reasons and show why and answer questions why this case should go to trial and or be given a Judgment in his favor, plus state reasons why this case has matters that are covered by the constitution and laws of the United States Code and laws of the United States. Plaintiffs will risk his life to show this court why this case needs a trial, it is that important to himself and other Veterans! The Plaintiffs health has restricted his ability to be able to present his case. In matters before this court and other Federal Courts in the past a person having

1

physical disabilities in need to testify verbally in person have been granted and allowed to present matters. Example, the Plaintiff/Pro Se time is very limited in what he can do physically, time to write down matters is very limited, I am not able to express all thoughts and facts in case I have Extreme bone building going on which causes bone deformity in feet and legs a lot of pain, much medication is needed, time at keyboard is limited, subjects are lengthy and complex, this restricts ability to present matters, by showing and stating what has transpired, Plaintiff will be able to present matters fully, if this not allowed, case will not receive fair hearing, Defense has and will gain unfair advantage. JUSTICE WILL NOT BE SERVED. In other cases where an individual has limiting disabilities open verbal hearings are allowed for fairness and justice. I respectfully under penalty of perjury state that this is the case. If allowed the Plaintiff will physically and verbally prove case. All can not be written down also in this case.

Another factor also to be considered is that a picture is worth a thousand words, with the physical limitations of Plaintiff justice would be better served by oral presentation, there are things that need physical presentation in this case, there is evidence will prove case should go to trial, evidence will add weight to Plaintiffs case to fullyexplain why case is a contract and should go to trial or receive Summary Judgment for Plaintiff.

Another factor is that by seeing Veteran and by asking questions the Honorable Judges, your honors will understand fully why this case should be granted. In your honors minds you will see and hear the truth physically from Plaintiff and see the honesty why this case demands a trial, under law the Court is required to give consideration to all evidence and facts when trying a matter, without this justice can not be served.

Another factor is clarity of subjects will be aided, Defense will not be able to hide the

true nature of this case, to this point the Defense has been given unfair advantage by several factors 1 - knowledge of law, Plaintiff has years of experience. 2 - defense is healthy Plaintiff is severely disadvantaged because of severe pain and bone deformity and physical constraints  3 - Defense has unlimited resources and unfair advantage as to having been seen and heard by your honors before, by allowing plaintiff to appear you will be able to see the truth in what Plaintiff is presenting and why you have Jurisdiction to try this matter.

Another factor is that laws governing this court provide for factors thus presented to allow latitude to either party in the name of justice, this is needed here because of what has been presented, the Plaintiff needs this latitude to be able to present case. The United States thus far has unjustly covered up the truth of this case and it is felt that the United States is taking unfair advantage of the Plaintiff in an attempt to cloud the issues and cover up the facts that United States Employees have committed crimes of Fraud Concealment outright lying, when Plaintiff dies which may be soon it will have been fully accomplished, it is this serious that Plaintiff be heard that Plaintiff is dying from injuries caused by United States Department of Veterans Affairs Employees failing to give medical care when under contract and law to do so, Plaintiff Veteran was promised care by the United States in laws and legal Acts of Congress that established that Medical Care is to be given to WAR and in line of duty medical injuries that veterans received during combat and service to the United States (Plaintiff is war veteran and received injuries in combat that were not cared for by the United States, Laws have been enacted by the United States Government for example Service Plan Act of 1818, GI Bill of Rights

1934, Federal Pension Act 1789, VA Millenium Health Care Act of 1999, Rehabilitation Act of 1973 and 1990 signed by President Bill Clinton to name just a few, but Plaintiff Veteran was denied medical care, these facts were hidden by US Employees, in all the states of this country a Defendant convicted of what has been done in this case would at least be guilty of Manslaughter if not Murder, also Fraud and Concealment, gains by keeping their jobs and even given bonuses to keep veterans from receiving what has been granted by law is on trial here.

Recently in the news it has been fully presented and proven that Veterans are guaranteed by United States law medical care but are dying from failure to give this care, in Phoenix AZ near here before Congress it was testified that a veteran died because of no medical care, Congress acted by making new laws to provide medical care thus they admitted they were or at least VA employees were wrong and committed crimes and were dismissed. In this case it has been proven that failure to provide medical care is killing Plaintiff, Are you going to continue to allow the United States Government be allowed to Contractually issue guarantees that they will give complete full medical care but yet not fulfill this contract, the laws are in front of you, the United States has admitted guilt and has been proven in the news that this is happening, you have the means by law to send a message to Congress by awarding for Plaintiff in this case that US should be honorable and just and that it should do what it states and promises, you have the means to show that legal system works by sending a message to congress that the United States is no longer going to ignore these injustices any longer, you can hold this Government liable for its actions and lack of action, I am not doing this for the money, I am doing this to help stop the injustice and hippocracy being committed, to this point the World sees that the United States Government has legally provided laws & system providing medical care to veterans and claims to take care of veterans medically but DOES NOT DO SO.

You have means to make Congress do what it promised.

This case proves that it has a contractual basis for case, it is completely different than all cases seen. The major case by a veteran claiming recruiter promised medical care for all Veterans, court determined that the recruiter was not able to make that contract. This case is different because the case is based on that Congress has contractually stated it will provide medical care for War and in line of duty injuries in service to Disabled Veterans, which is different than all veterans as in other case. This case medical care was denied behind the scenes and then covered up so Plaintiff would not find out he was entitled or could take legal action, the US broke contract established in acts of congress. Case is not about disability or malpractice, this is a contractual dispute which you have jurisdiction to try and hear. The WORLD has seen that there are double standards and the United States does not do what it says it will.

   Is this going to be a case of Justice and a victory for Honor and Truth or is this going to be another case of fraud and concealment? !!!

Plaintiff requests Oral Argument to present case in full to your honors!!!

Respectfully submitted and entered this action on,

Dated this ___13___ day of ___APRIL___, 2015.

*Douglas Prestidge*
DOUGLAS L PRESTIDGE - PRO SE
Douglas L Prestidge
2490 E 24 th St
Douglas, AZ 85607 (520) 221-5149

Certificate Of Service:
   I hereby certify that on 8/12/2014 I mailed copy of document to Defense. Seth Greene US Attorney Washington DC
*Douglas Prestidge*
Douglas Prestidge - Pro Se