NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS L. PRESTIDGE,**
*Plaintiff - Appellant*

v.

**UNITED STATES,**
*Defendant - Appellee*

---

2015-5030

---

Appeal from the United States Court of Federal Claims in no. 1:14-cv-00267-MCW, Judge Mary Ellen Coster Williams.

---

ON MOTION

PER CURIAM.

<u>O R D E R</u>

Appellant Douglas L. Prestidge moves for oral argument in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

                                      FOR THE COURT

April 21, 2015                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court